Argued and submitted October 12, 2016, affirmed September 13, 2017

In the Matter of the Compensation of
Claudia S. Stryker, Claimant.

Claudia S. STRYKER,
*Petitioner,*

*v.*

SAIF CORPORATION
and HWC Clients,
*Respondents.*

Workers' Compensation Board
1402859; A159793

401 P3d 797

Julene M. Quinn argued the cause and filed the briefs for petitioner.

David L. Runner argued the cause and filed the brief for respondents.

Before DeVore, Presiding Judge, and Garrett, Judge, and Duncan, Judge pro tempore.

PER CURIAM

Affirmed. *McDermott v. SAIF*, 286 Or App 406, 398 P3d 964 (2017).